



**▬▬▬, Do you own a Ford F-150?**
1 message

**Experian** <support@s.usa.experian.com>  Fri, Oct 7, 2022 at 3:20 PM
Reply-To: Experian <reply-fe9111727663047a73-14235_HTML-1281935645-7327132-153@e.usa.experian.com>
To: ▬▬▬

   Membership ID# ▬▬▬  |  Sign In



# Do you own a
# 2011 Ford?

We found a 2011 Ford matching the address on your Experian membership. Confirm it's your car to get started with free benefits like insurance savings, data on your car's history, and estimated value.

**See details**

**Not your car? Sign in to update.**

**Sign in >**

    

**Why am I receiving this email?**
This is not a marketing email—you're receiving this message to notify you of a recent change to your account. If you've unsubscribed from Experian CreditWorks[SM] Basic emails in the past, don't worry—you no longer receive newsletters or special offers.

You can update some alerts and communications preferences any time on your *Experian CreditWorks[SM] Basic profile*, but you'll continue to receive notifications like this one on the status of your account.

To ensure that you'll stay up to date on account notifications, add support@e.usa.experian.com to your address book and avoid marking these messages as spam.

Privacy Policy

View Your Consumer Right to Obtain a Security Freeze

© 2022 Fair Isaac Corporation. FICO® is a trademark of Fair Isaac Corporation.

**Exhibit A**

© 2022 ConsumerInfo.com, Inc., an Experian® company. All rights reserved.
P.O. Box 2390 Allen, TX, 75013, US



© 2022 ConsumerInfo.com, Inc., an Experian® company. All rights reserved.
P.O. Box 2390 Allen, TX, 75013, US

Exhibit A