

Exhibit B

CreditWorks℠ Basic profile, but you'll continue to receive notifications like this one on the status of your account.

To ensure that you'll stay up to date on account notifications, add support@e.usa.experian.com to your address book and avoid marking these messages as spam.

Privacy Policy

View Your Consumer Right to Obtain a Security Freeze

© 2022 Fair Isaac Corporation. FICO® is a trademark of Fair Isaac Corporation.

© 2022 ConsumerInfo.com, Inc., an Experian® company. All rights reserved.
P.O. Box 2390 Allen, TX, 75013, US



Exhibit B