From: Experian <support@s.usa.experian.com>
Sent: Sunday, June 5, 2022 2:21 PM
To:
Subject: Instantly increase your FICO® Score (yep, you read that right!)





1

Exhibit C





Exhibit C

Unlock offers>

Disclaimer: Experian Boost applies to many of the most widely used score models used by lenders. Results may vary. Not all lenders use Experian credit files, and not all lenders use scores impacted by Experian Boost.

*Credit score calculated based on FICO® Score 8 model. Your lender or insurer may use a different FICO® Score than FICO® Score 8, or another type of credit score altogether.

    

This email was sent because it contains important information about your account. Please note that if you have previously unsubscribed from Experian CreditWorks℠ Basic, you will no longer receive newsletters or special offers. However, you will continue to receive email notifications regarding your account. To ensure that you'll receive emails from us, please add support@e.usa.experian.com to your address book.

Privacy Policy

© 2022 Fair Isaac Corporation. FICO® is a trademark of Fair Isaac Corporation.

© 2022 ConsumerInfo.com, Inc., an Experian® company. All rights reserved.
P.O. Box 2390 Allen, TX, 75013, US



Exhibit C