| | |
|---|---|
| From: | Experian <support@s.usa.experian.com> |
| Sent: | Monday, June 6, 2022 2:21 PM |
| To: | |
| Subject: | your Dark Web scan is available |

   Membership ID#   | Sign In



## You have a free Dark Web scan available

We will scan over 600,000 data points on the Dark Web for your SSN, email address and more. Don't you want to know if your info is compromised?

**Run scan now >**

    

### Why am I receiving this email?

This is not a marketing email—you're receiving this message to notify you of a recent change to your account. If you've unsubscribed from Experian CreditWorks℠ Basic emails in the past, don't worry—you no longer receive newsletters or special offers.

You can update some alerts and communications preferences any time on your Experian CreditWorks℠ Basic profile, but you'll continue to receive notifications like this one on the status of your account.

To ensure that you'll stay up to date on account notifications, add support@e.usa.experian.com to your address book and avoid marking these messages as spam.

Privacy Policy

View Your Consumer Right to Obtain a Security Freeze

1

Exhibit D

© 2022 Fair Isaac Corporation. FICO is a trademark of Fair Isaac Corporation.

© 2022 ConsumerInfo.com, Inc., an Experian company. All rights reserved.
P.O. Box 2390 Allen, TX, 75013, US



2

Exhibit D