BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
E. MARTIN ESTRADA
United States Attorney
ARUN G. RAO
Deputy Assistant Attorney General
AMANDA N. LISKAMM
Director, Consumer Protection Branch
LISA K. HSIAO
Assistant Director, Consumer Protection Branch
JAMES T. NELSON
Senior Trial Attorney
United States Department of Justice
Civil Division
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    Telephone:  (202) 616-2376
    Facsimile:   (202) 514-8742
    Email:         James.Nelson2@usdoj.gov
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
ROSS M. CUFF
Assistant United States Attorney
Chief, Civil Fraud Section
California State Bar No. 275093
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    T: 213.894.7388 | F: 213.894.7819
    Email: ross.cuff@usdoj.gov

**Attorneys for Plaintiff United States of America**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **United States of America**, <br><br> Plaintiff, <br><br> vs. <br><br> **ConsumerInfo.com, Inc.**, a corporation, also d/b/a Experian Consumer Services, <br><br> Defendant. | No. <br><br> **NOTICE OF SETTLEMENT AND PROPOSED STIPULATED ORDER FOR PERMANENT INJUNCTION, CIVIL PENALTY JUDGMENT, AND OTHER RELIEF** |

1    Plaintiff United States of America and Defendant ConsumerInfo.com, Inc,
2 also doing business as Experian Consumer Services, by and through their
3 respective counsel, have reached a settlement in this matter. Defendant has waived
4 service of the summons and Complaint, and each party has agreed to entry of the
5 attached Stipulated Order for Permanent Injunction, Civil Penalty Judgment, and
6 Other Relief, as evidenced by their signatures to the attached Stipulation to Entry
7 of Final Order for Permanent Injunction, Civil Penalty Judgment, and Other Relief.
8 Plaintiff therefore respectfully requests that the Court enter the attached proposed
9 stipulated order to resolve this case.

11   Dated: August 14, 2023              Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
E. MARTIN ESTRADA
United States Attorney

ARUN G. RAO
Deputy Assistant Attorney General
AMANDA N. LISKAMM
Director, Consumer Protection Branch
LISA K. HSIAO
Assistant Director,
Consumer Protection Branch
United States Department of Justice
Civil Division

DAVID M. HARRIS, AUSA
Chief, Civil Division
ROSS M. CUFF, AUSA
Chief, Civil Fraud Section


*/s/ James T. Nelson*
JAMES T. NELSON
Senior Trial Attorney
United States Department of Justice
Civil Division

Of Counsel:

FRANCES L. KERN
ELSIE B. KAPPLER
Federal Trade Commission

```
1   600 Pennsylvania Avenue, NW
2   Washington, DC 20580
    (202) 326-2391/fkern@ftc.gov
3   (202) 326-2466/ekappler@ftc.gov
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```